In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00405-CV
_____

IN RE INDECO SALES, INC. AND JEROME J. WRIGHT JR.

Original Proceeding

ORDER

Indeco Sales, Inc. and Jerome J. Wright Jr. filed a petition for writ of mandamus. The relators are defendants in Cause No. CV-1307343, *Cristen Purswell v. Indeco Sales, Inc. and Jerome J. Wright.* Relators seek a writ compelling the Honorable Chap B. Cain III, Judge of the 253rd District Court of Liberty County, Texas, to vacate his orders of September 3, 2014, and compel production of data from the plaintiff's cell phone and to compel the plaintiff to produce information from her Facebook postings. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

1

Relators request a stay of the underlying proceedings as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds partial temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial in Cause No. CV-1307343 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relators as a condition to any relief herein granted.

The response of the real party in interest, Cristen Purswell, is due September 29, 2014.

MOTION FOR TEMPORARY RELIEF GRANTED IN PART.

ORDER ENTERED September 18, 2014.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

2